# EXHIBIT 1

# Abercrombie & Fitch
NEW YORK
EST. 1892

August 15, 2011

George Cheeks
Executive Vice President, Business Affairs and Co-General Counsel, MTVN
MTV Networks, a division of Viacom Inc.
1515 Broadway
New York, NY 10036

Re: Abercrombie & Fitch Co. Brand Protection

Dear Mr. Cheeks:

I am reaching out to you on behalf of Abercrombie & Fitch Co. ("A&F") to address a matter with respect to one of the shows aired by MTV Networks, namely "Jersey Shore." We have been disturbed to see that one of the characters on the show, Michael Sorrentino (better known as "The Situation"), has been prominently wearing A&F clothing on a number of episodes aired to date this season.

A&F obviously has not sought product placement on the show, and we believe that, since the character portrayed by Mr. Sorrentino is not brand appropriate, his display of A&F clothing could be misconstrued as an endorsement by him of our clothing or – worse – an endorsement by A&F of his wearing our clothing.

We have no interest at this point in pursuing any sort of legal action against MTV or the producers of "Jersey Shore." In fact, we would be willing to pay MTV or Mr. Sorrentino or other characters up to $10,000 NOT to wear any clothing bearing the "ABERCROMBIE & FITCH," "A&F," "FITCH," "MOOSE" or related trademarks. For additional episodes aired this season, we would appreciate it if you would ensure that our brands are pixilated or otherwise appropriately masked.

Please contact me at your earliest convenience to document this offer and resolve this matter.

Best regards.

Sincerely yours,

Ronald A. Robins, Jr. (Rocky)
Senior Vice President, General Counsel and Secretary

cc: Michael S. Jeffries
    Jonathan E. Ramsden