UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-24110 - LENARD/O'SULLIVAN

MPS Entertainment, LLC and
Michael P. Sorrentino,
                Plaintiffs,

V.

Abercrombie & Fitch Stores, Inc. and
Abercrombie & Fitch Co.,
                Defendants.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set for Thursday, August 2, 2012 at 10:00 am before Magistrate Judge John J. O'Sullivan (305-523-5920), Fifth Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida on Defendants' Motion, pursuant to Rule 30 (d) and Rule 26 (b)(2) of the Federal Rules of Civil Procedure, to permit a further 2-hour deposition examination because of Plaintiff's failure to answer questions thereby frustrating the purpose of the oral examination.

## CERTIFICATION

Pursuant to the Rule 7.1 A (3) of the Local Rules, counsel has conferred with opposing counsel in a good faith effort to determine if the relief and/or issues raised can be voluntarily resolved, and opposing counsel does not consent to any period of time for Defendant to take a further deposition of Michael Sorrentino.

Dated: July 26, 2012            Respectfully submitted,

                                    /s Gerald J. Houlihan
                                    Gerald J. Houlihan (Florida Bar No. 0458430)
                                    Email: houlihan@houlihanlaw.com
                                    Houlihan & Partners, P.A.
                                    504 Aragon Avenue
                                    Miami, Florida 33134
                                    Telephone:   (305) 460-4091
                                    Facsimile:    (305) 397-0955

                                    John G. Froemming, Esq. (*pro hac vice*)
                                    jfroemming@jonesday.com

        Jessica D. Bradley, Esq. (*pro hac vice*)
        jbradley@jonesday.com
        Jones Day
        51 Louisiana Avenue, N.W. Washington, D.C. 20001-2113
        Telephone:   202-879-4693
        Facsimile:    202-626-1700
        Attorneys for Abercrombie & Fitch Stores, Inc. and Abercrombie & Fitch Co.

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        /s Gerald Houlihan_____
        Gerald J. Houlihan

## SERVICE LIST

Richard Charles Wolfe, Esq.
Email: rwolfe@wolfelawmiami.com
Darren Adam Heitner, Esq.
Email: dheitner@wolfelawmiami.com
Wolfe Law Miami, P.A.
175 SW 7 Street, Penthouse 2410
Miami, FL 33131
Telephone:   305-384-7370
Facsimile: 305-384-7371

Attorneys for MPS Entertainment, LLC
and Michael P. Sorrentino