UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-24110-CIV-LENARD/O'SULLIVAN

MPS ENTERTAINMENT, LLC, a
New Jersey Limited Liability Company,
and MICHAEL P. SORRENTINO, an
individual,
    Plaintiffs,
v.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation, and
ABERCROMBIE & FITCH, CO., a Delaware
Corporation,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on August 2, 2012. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that on or before **Monday, August 20, 2012**, each party shall deliver to Chambers a highlighted copy of the deposition transcript of Mr. Sorrentino. The parties shall file notices designating by page and line the portions of the deposition they would like the Court to consider. The parties shall attempt to resolve this issue and shall file a notice with the Court if they are able to do so. The Court may impose FED. R. CIV. P. 37 sanctions if it determines that the position of one of the parties was not substantially justified.

**DONE AND ORDERED** in Chambers at Miami, Florida this **2nd** day of August, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record