**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME: 10:00 AM**

**MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

Case No. 11-24110-CIV-LENARD   Date 8/2/12   END: 10:25

Clerk CHERLE R. GRIFFIN   DAR No. 10:01:41

Court Reporter N/A

Title of Case MPS ENTERTAINMENT, LLC ET AL V. ABERCROMBIE & FITCH STORES, INC.

P. Attorney(s) DARREN HEITNER, RICHARD WOLFE

D. Attorney(s) GERALD HOULIHAN, ~~JESSICA BRADLEY~~ John Froemming

Reason for Hearing INFORMAL DISCOVERY

Result of Hearing DISCOVERY HEARING HELD.