UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-24110-CIV-LENARD/O'SULLIVAN

MPS ENTERTAINMENT, LLC, a
New Jersey Limited Liability Company,
and MICHAEL P. SORRENTINO, an
individual,
    Plaintiffs,
v.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation, and
ABERCROMBIE & FITCH, CO., a Delaware
Corporation,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to the defendants' request for additional time to depose Michael Sorrentino and following the submission of certain deposition excerpts by the parties regarding that request.  Having reviewed the deposition filings, it is

ORDERED AND ADJUDGED that Mr. Sorrentino was unresponsive on occasion and delayed his first deposition.  The defendant shall have the opportunity to re-depose Mr. Sorrentino at a mutually agreeable time and place for a period not to exceed two hours.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of August, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record