# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-24110

MPS ENTERTAINMENT, LLC, a New
Jersey Limited Liability Company,
And MICHAEL SORRENTINO, an individual,

     Plaintiffs,

vs.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation

     Defendant.
_____/

### EXPERT REPORT OF ALYSE R. LANCASTER, PH.D., ON ADVERTISING, PUBLICITY, AND LIKELIHOOD OF CONFUSION

I, Alyse R. Lancaster, Ph.D., declare and state as follows, based on my personal knowledge:

1. I am an Associate Professor of Communication in the School of Communication at the University of Miami. For the past six years, I served as the Program Director for the Advertising Program at the University. Recently I was promoted to Chair of the Department of Strategic Communication, which includes both the Advertising and Public Relations Programs, in the School of Communication at the University of Miami. As Chair, I am responsible for approximately 450 undergraduate students, 40 graduate students, 12 full-time faculty members, and 10 part-time faculty members. I have a Ph.D. in Mass

Communication, an M.A. in Mass Communication, a B.S. in Advertising, and a B.A. in English all from the University of Florida.

2. My teaching focus is on advertising research, advertising media planning, advertising strategy, advertising campaigns, and social media. l am the co-advisor for the University of Miami Advertising Program's National Student Advertising Competition team, sponsored by the American Advertising Federation, which won both the District 4 and national competitions in 2011. The team again won the District 4 competition in 2012, and placed fourth in the national competition in June 2012.

3. l have published 11 refereed journal articles on various topics related to advertising. My work has appeared in scholarly publications such as *The Journal of Advertising*, *Mass Communication & Society, Current Issues and Research in Advertising*, and *The International Journal of Advertising*, among others.

4. ln this litigation, l have been asked to review and write a report on the actions of Abercrombie & Fitch. ln particular, **I** have been asked to study their press release (dated 8/12/11) in which they state they have offered cast members of MTV's *The Jersey Shore*, particularly Michael "the Situation" Sorrentino, a substantial sum of money not to wear their clothes. **I** have been asked to examine online news stories, articles, websites, and other sources that reported on the content of this press release as well as give my opinion as to the intent of Abercrombie and Fitch in disseminating this press release as part of a promotional and/or advertising effort to promote their brand and their stores. l have been asked to estimate the advertising value of the press release as well.

5. I also have been asked to provide my opinion about the potential association young adults may draw between "The Situation," Michael Sorrentino, and t-shirt labeled "The Fituation" sold by Abercrombie and Fitch, as well as the likelihood of consumer confusion related to that association.

**OVERVIEW**

6. In my opinion, Abercrombie & Fitch systematically and deliberately set out to disseminate a promotional and advertising campaign using Michael Sorrentino's image, popularity, and his trademark name, "The Situation," among the young-adult demographic to generate publicity for their brand and stores and get potential and/or actual customers talking about it. Both advertising and publicity fall under the promotional umbrella of the marketing mix, which also includes the product being sold, the pricing structure involved in selling that product, and the distribution of the product. The primary difference between advertising and public relations is that traditional advertising involves paying for a specific message in a specific medium, whereas publicity, or earned media, involves giving the media information that they will want to disseminate without requiring or receiving any fees. The dissemination of information via the Internet is especially appealing, as such placement is free. According to marketing consultant and Google AdWords and pay-per-click advertising expert Perry S. Marshall, publicity "is a vital part of any marketing campaign[1]." Instead of paying for traditional advertising, which is often deemed less credible than publicity, Abercrombie & Fitch launched a public relations campaign to create a story that, with its controversial subject matter and

---

[1] http://www.perrymarshall.com/marketing/m09/, last accessed 6/9/2012

adversarial nature involving popular and infamous public figure Michael Sorrentino,

would guarantee free media exposure and achieve the desired advertising purpose.

## THE PUBLICITY CAMPAIGN

7. Abercrombie & Fitch wrote a letter to George Cheeks, Executive Vice

President, Business Affairs and Co-General Counsel of the MTV Network, dated

August 15, 2011. A copy of this letter can be found on *The Hollywood Reporter*

website.[2] Excerpts from this letter were reprinted on the leading news-oriented

websites, including Reuters online, *The Wall Street Journal* online, *The New York

Times* online, and ABC News online, among many others.

8.  On August 16, 2011, Reuters online, among other news-disseminating

organizations, disseminated a press release, dated August 12, 2011[3], in which

Abercrombie & Fitch's Brand Senses Department reported "that it has offered

compensation to Michael 'The Situation' Sorrentino." More specifically, an

Abercrombie and Fitch spokesperson was quoted as saying, "We are deeply

concerned that Mr. Sorrentino's association with our brand could cause significant

damage to our image.  We understand that the show is for entertainment purposes,

but believe this association is contrary to the aspirational nature of our brand, and

may be distressing to many of our fans. We have therefore offered a substantial

payment to Michael 'The Situation' Sorrentino and the producers of MTV's *The

Jersey Shore* to have the character wear an alternate brand.  We have also extended

this offer to other members of the cast, and are urgently waiting a response." A

---

[2] http://www.hollywoodreporter.com/thr-esq/jersey-shore-abercrombie-fitch-situation-lawsuit-273667, last accessed 5/27/2012
[3] http://www.reuters.com/article/2011/08/16/idUS229371+16-Aug-2011+HUG20110816, last accessed 5/27/2012

Google search for any of the phrases listed in Exhibit 1, and subsequent reading of

the top linked articles resulting from any one of those searches, indicates that this

quote was repeated in most of the top media sites that reported on this story on

August 16 and August 17, 2011.

9. On August 17, 2011, two days after the dissemination of the press release,

Abercrombie and Fitch posted the following on their Facebook page[4]: "It's a win-win

situation! We've offered Michael 'The Situation' Sorrentino and his cast mates on the

Jersey Shore a substantial payment to stop wearing our brand." They also included

in their post a link to an article on Forbes.com[5]. This post and link would appear on

the Facebook wall of each of the 6,482,558 people (as of April 16, 2012) who "liked"

their Facebook page. This post in particular was "liked" by 2,337 people and

generated 663 direct responses.

10. The Forbes article mentioned in paragraph 9 above was shared on

Facebook 4,049 times and was tweeted 124 times. The linked story was viewed on

the Forbes website approximately 37,440 times. A visit to this article reveals these

numbers at the top and on the left-hand side of the page.

11. *New York Magazine* shared Abercrombie & Fitch's Facebook post on its

own page. In the article linked in that post [6], author Amy Odell wrote, "Oh

Abercrombie is *loving* this, especially since every blog from here to Mars won't be

---

[4] Exhibit 2 provides a glossary of common terms that relate to Facebook and Twitter usage.
[5] http://www.forbes.com/sites/lauraheller/2011/08/17/abercrombie-to-the-situation-stop-wearing-our-clothes/, last accessed 5/27/2012
[6]http://nymag.com/daily/fashion/2011/08/abercrombie_offers_to_pay_the.html?mid=376250&rid=124011810, last accessed 5/27/2012

able to resist running that press release today. But this is surely not the last time they'll capitalize on that exposure."

12. The continued effort on the part of Abercrombie & Fitch to draw attention to this "win-win" situation is completely inconsistent with a company that is claiming the desire to disassociate itself from a person who, in their words, "could cause significant damage" to their brand's image.

13. It is also notable that despite Abercrombie & Fitch's assertion that Michael Sorrentino's wearing of the Abercrombie & Fitch brand "could cause significant damage" to its image, Sorrentino's physique—namely, his sculpted abdominal muscles—is entirely consistent with the sculpted abdominal muscles of the male models Abercrombie & Fitch consistently uses in their advertising, promotions, and in-store displays.

14. The deliberate nature of Abercrombie & Fitch's dissemination of this story as publicity and advertising is further underscored in articles found on the *New York Times* website[7], as well as the Reuters website[8] dated August 17, 2011. The articles quote Abercrombie & Fitch founder Michael Jeffries as saying the company "was having a lot of fun" with the proposed payoff to Jersey Shore cast members.

15. Jeffries is also quoted in the Reuters article as being "eager to broach the topic" with Wall Street analysts, asking them, "Is no one going to ask about the Situation?" By deliberately and publicly drawing that connection between Michael

---

[7] http://www.nytimes.com/2011/08/18/business/abercrombie-offers-jersey-shore-cast-a-paid-non-product-placement.html, last accessed 5/27/2012
[8] http://www.reuters.com/article/2011/08/17/us-jerseyshore-abercrombie-idUSTRE77G3XU20110817, last accessed 5/27/2012

Sorrentino and the Abercrombie & Fitch brand, Jeffries makes it clear that the press release disseminated by Abercrombie & Fitch was intended for publicity and that, contrary to what is stated in the press release, Jeffries and Abercrombie & Fitch were going out of their way to continue the association between public figure Michael Sorrentino and their brand.

16. In addition to being reprinted on many news and entertainment websites, this story also was given a little over four minutes of airtime on long-time popular morning show *Good Morning America* with George Stephanopoulos[9] and one and a half minutes of airtime on *The Today Show*[10] with Kathie Lee Gifford, as well as 45 seconds of airtime each on *ABC World News Now* and *CBS News,* extending the reach of Abercrombie's promotional and advertising efforts even further.

## GAINING MEDIA COVERAGE

17. There are several key elements that render the content of a press release of interest to readers and viewers of mainstream media, including (1) prominence, (2) human interest, (3) timing, (4) conflict, and (5) novelty. The press release disseminated by Abercrombie & Fitch meets all of these criteria, which explains why a simple Google search of "the situation and Abercrombie," for example, yields about 8,800,000 search results. Variations of that search term yield similar results (See Exhibit 1).

---

[9] http://abcnews.go.com/Entertainment/abercrombie-fitch-asks-situation-change-clothes/story?id=14325366#.T9JFk2jstN0, last accessed 6/8/2012
[10] http://today.msnbc.msn.com/id/44174635/ns/today-entertainment/t/abercrombie-wants-situation-out-its-clothes/#.T-JSQWjstN0, last accessed 6/12/2012

18. It is significant to note that Abercrombie & Fitch's two-paragraph press release mentions the trademarked name "The Situation" twice in the body of the press release and also uses the word "situation" in the headline. Because Mike "The Situation" Sorrentino is an infamous public figure, the repeated mention of his name in the press release and headline explains why it garnered so much media attention.

19. The season four premiere of *The Jersey Shore*, which aired on August 5, 2011, 10 days before Abercrombie & Fitch disseminated its press release, achieved a record-high 8.8 million viewers between the ages of 12-34. In fact, that was the highest rating ever for an MTV show season premiere and the most-viewed MTV episode ever.[11] Because Michael "the Situation" Sorrentino is a well known and infamous celebrity on this popular, well rated show on a popular cable television network, the use of his name in the press release is not only appealing to consumers on the basis of prominence, but it also allows Abercrombie & Fitch to achieve its objective of advertising its brand name, its products, and its stores to actual and potential customers.

20. At the bottom of Abercrombie & Fitch's press release is a paragraph that talks about the 1,073 stores that the Company operates. The paragraph then draws attention to the specific number of Abercrombie & Fitch, Abercrombie Kids, Hollister, and Gilly Hicks stores operated both within the United States and internationally. It is clear that the dissemination of this press release, then, provided Abercrombie & Fitch a free avenue in which to promote its brands and stores.

---

[11] http://www.usmagazine.com/entertainment/news/jersey-shores-season-4-premiere-shatters-ratings-records-201158, last accessed 5/29/2012

21. In terms of timing, this press release was particularly relevant to consumers at this time, as mid-August—when this story was released—is the height of back-to-school clothes shopping. Putting the Abercrombie & Fitch name on people's minds while they're in clothes-shopping mode is the desired result.

### REACH OF THE PRESS RELEASE

22. I have been asked to provide my best estimate of the reach of Abercrombie & Fitch's press release via the publication of Internet articles and the sharing of the content of the press release via popular social media channels, and value of the same.

23. Exhibit 1 lists 10 phrases that a typical person might have Google-searched in trying to get more information about this story. The highest number of search results, for the phrase "the Situation and Abercrombie," yields 8,880,000 results. Other variations of this search term range from 1,490,000 results to 3,660,000 results. Someone searching for information about the content of the press release would have no trouble at all finding out the details.

24. In doing these Google searches, clicking on individual articles reveals not only content of the press release, but in most instances, provides the number of Facebook "likes," Facebook shares or recommendations, Tweets, and Comments. Exhibit 3 summarizes these numbers for stories appearing on 15 popular news-oriented websites. There are approximately 8.8 million stories centered on the content of Abercrombie & Fitch's press release; I consider only 15 of them here.

25. These 15 website stories reporting on the content of Abercrombie & Fitch's press release generated 110,033 Facebook likes and 30,318 Facebook shares

or recommendations. This means that 140,351 people, in liking or sharing this story, agreed to publish that statement or story on their Facebook wall.  When this like or share was published on their wall, everyone that this person is Facebook friends with had the opportunity to see that like or share posted on their own wall. Given that the average Facebook user has approximately 120 friends[12], it can be estimated that approximately 16,842,120 people had the opportunity to see the content of Abercrombie & Fitch's press release through Facebook likes, shares, or recomendations. This is based only on sharing from the 15 sites listed in Exhibit 3, and thus is a conservative estimate, given the sheer number of stories published, as indicated in Exhibit 1. It is likely that the number of exposures to the content of the press release through Facebook and other social media is actually much higher.

26. The stories on the 15 websites in Exhibit 3 generated 2,305 tweets, meaning that 2,305 people posted about the content of Abercrombie & Fitch's press release on their Twitter feeds. The average Twitter user has about 27 followers. Therefore, it can be estimated that approximately 62,235 people potentially were exposed to the content of the press release in their Twitter feeds.

27. Abercrombie & Fitch posted about their "win-win situation" on their Facebook page on August 17, 2011. As stated in paragraph 9, approximately 6,482,558 people had "liked" Abercrombie & Fitch's Facebook page as of April 16, 2012. So when Abercrombie & Fitch posted about "The Situation" on their wall, it also would have appeared on the wall of each of those 6,482,558 people, thus giving

---

[12] http://www.digitalbuzzblog.com/facebook-statistics-stats-facts-2011/, last accessed 5/29/2012

those actual and potential consumers the opportunity to read the promotional story Abercrombie & Fitch wanted to tell.

28. Taking into account only the total exposures from the sources listed in paragraphs 25, 26, and 27 above, it can be estimated that at least 23,386,913 people had the opportunity to see the content of Abercrombie & Fitch's press release from a Facebook friend, a person they follow on Twitter, or from Abercrombie and Fitch themselves. If we also take into account any of the other possible ways a person could have been exposed to the content of Abercrombie & Fitch's press release— through Google+, LinkedIn, StumbleUpon, a blog, or on one or more of the 8.8 million websites referenced in the first line of Exhibit 1, for example—it is likely that the total number of people who had the opportunity to see the content of Abercrombie & Fitch's press release would be even higher.

## ADVERTISING VALUE OF THE PRESS RELEASE

29. I have been asked to provide my best estimate of the advertising and promotional value of Abercrombie & Fitch's press release. My estimates are very conservative, as they take into account sharing of the content of the press release only on the 15 websites listed in Exhibit 3, as well as the four minutes of coverage of the press release on ABC's *Good Morning America*, 90 seconds of coverage of the press release on NBC's *The Today Show*, and 45 seconds of coverage each on *ABC World News Now* and *CBS News*. Actual values are likely much higher, as the press release received much more coverage than that (See Exhibit 1).

30. On average, advertisers pay approximately 25¢[13] for each web user who clicks on their Internet advertisement. If this figure is used to represent the value of each of the 23,386,913 people (see paragraph 28) who had the opportunity to see Abercrombie & Fitch's press release via the Internet and social media, then the value of this exposure is at least $5,846,728.

31. George Stephanopoulos of ABC's *Good Morning America* covered the content of Abercrombie & Fitch's press release on the show for a little over four minutes (4:01) and Kathie Lee Gifford covered the content on NBC's *The Today Show* for a minute and a half. In 2011, *Good Morning America* averaged approximately 4.8 million viewers per episode,[14] and on average, the show garners a rating of approximately 1.5% among all viewers and approximately 3.6% among viewers 25-54[15] *The Today Show* in 2011 averaged approximately 5.4 million viewers per episode, and on average, the show garners a rating of approximately 1.8% among all viewers and approximately 3.6% among adults 24-54. The cost for a 30-second commercial during one of these program ranges, then, from approximately $18,850.50 to $45,241.20 [commercial cost = CPP (cost-per-point)[16] x rating; CPP for the early morning daypart ≈ $12,567[17]], with an average cost of $32,045.85. If

---

[13] Marketer's Guide to Media (2011), Volume 34, New York: Prometheus Global Media.

[14] http://stateofthemedia.org/2012/network-news-the-pace-of-change-accelerates/ last assessed 6/12/2012

[15] http://tvbythenumbers.zap2it.com/2012/06/07/gmas-weekly-total-viewing-margin-only-169000-with-nbcs-today/137222/, last assessed 6/12/2012

[16] Cost-per-point, a relative measure of media efficiency, refers to the cost for each rating point achieved against the desired target audience. The rating refers to the percent of the target audience that views a particular program.

[17] Marketer's Guide to Media (2011), Volume 34, New York: Prometheus Global Media.

this average cost is used to estimate the value of the press release's coverage on *Good Morning America*, given that there are eight 30-second increments in the four-minute broadcast, the discussion of Abercrombie & Fitch's press release on that program would be valued at approximately $256,367 (32,045.85 x 8). If this average cost also is used to estimate the value of the coverage of the press release on *The Today Show*, given that there are three 30-second increments in the 90-second broadcast, the discussion of Abercrombie & Fitch's press release on this program would be valued at approximately $96,138 (32,045.85 x 3). Therefore, the total advertising value for these two morning shows combined is approximately $352,505. Again, this is a conservative estimate; the actual value of the content of Abercrombie & Fitch's press release is likely much higher, given that viewers pay much more attention to a program's content than they do to traditional paid advertising that occurs within the program. It is also conservative because the content of Abercrombie & Fitch's press release likely was covered on more than just the two popular morning shows considered above.

32. The content of Abercrombie & Fitch's press release also was covered on both *ABC World News Now* (≈ 45 seconds) and *CBS News* (≈ 45 seconds). The average cost for a 30-second spot during for evening news shows is $32,033[18]. Therefore, the approximately 45 seconds of coverage on these two news shows combined is would be valued at approximately $96,099 (32,000 x 3).

---

[18] Marketer's Guide to Media (2011), Volume 34, New York: Prometheus Global Media.

33. Taking into account, then, *only* the sharing of the content on the 15 web sites listed in Exhibit 3, the four-minute segment that appeared on *Good Morning America*, the 90-second segment that appeared on *The Today Show*, and the 45-second segments that appeared on *ABC World News* and *CBS News* as described in paragraphs 30, 31, and 32 above, the value of Abercrombie & Fitch's advertising of this story is approximately $6,295,332. If all of the additional websites and television shows on which the content of the press release appeared and/or was shared also were factored into this estimate, the value of the advertising would likely be much greater.

## LIKELIHOOD OF CONFUSION

34. In addition to commenting on the likely intent of Abercrombie & Fitch in disseminating the press release and the advertising value of the coverage of that press release, I also have been asked to discuss the likelihood of consumers' confusion in assuming Michael "the Situation" Sorrentino had endorsed a t-shirt promoted and sold by Abercrombie & Fitch bearing the phrase "The Fituation."

35. To determine whether this confusion exists, I conducted a survey of 202 18-34-year-olds. This demographic group was selected because this is the primary demographic that watches MTV, the cable network that airs *The Jersey Shore*. This demographic also encompasses Abercrombie & Fitch's primary target market of older teens and young adults.

36. The survey instrument was created using Qualtrics Survey Software, which allows for online survey dissemination via a link that is unique to the survey.

Qualtrics also allows for the survey to be printed for person-to-person distribution as well. A copy of the survey instrument is attached as Exhibit 4.

37. Respondents were sampled by directly sending the survey link to members of the target via Facebook and asking them to please complete the survey, as well as distribution of the survey to undergraduate students at the University of Miami.

38. The survey began by presenting respondents with a photograph of the t-shirt mentioned in paragraph 34 above. The first survey question (a yes-no question) asked respondents whether they had ever seen the t-shirt before. The second question asked participants open-endedly where they thought this t-shirt could be purchased. The third question (again a yes-no question) asked respondents whether they thought the t-shirt was endorsed by anyone. The final question said that if they did think the t-shirt was endorsed, who did they think endorsed it? This, too, was an open-ended question.

39. In asking the first question, the hope was that the majority of respondents would *not* have seen the t-shirt before, so as to get an unbiased reaction to the phrasing contained on it. Approximately 90% (n = 182) of the 202 respondents reported that they had never before seen the t-shirt. Therefore, it is assumed that their responses to the subsequent questions on the survey are based *only* on the actual t-shirt, not on anything they may have seen or heard about the t-shirt in the past.

40. Of the 199 people who answered the open-ended question about where they thought the t-shirt could be purchased, 166 (83.4%) wrote either Abercrombie,

Abercrombie & Fitch, AF, or A&F. Ten people (5.0%) mentioned Hollister, which is also owned by Abercrombie & Fitch.

41. The third question asked whether respondents thought the t-shirt was endorsed by anyone. Approximately 68% (n = 137) of the 201 respondents who answered this question replied affirmatively.

42. Of the 142 respondents who answered the open-ended question about who they think endorsed the t-shirt, 83 (58.4%) specifically mentioned Mike Sorrentino, the Mike character on *The Jersey Shore*, Mike the Situation, or the Situation. Approximately 20.4% (n = 29) wrote "*Jersey Shore*", "cast members of the *Jersey Shore*" or "*Jersey Shore* cast members." Thirteen respondents (9.2%) wrote MTV. Combined, 115 respondents (81%) thought the t-shirt was endorsed either by MTV, the Jersey Shore, and/or the Situation himself.

43. The results of the survey indicate a very high likelihood that consumers will be confused in assuming that Michael "The Situation" Sorrentino has endorsed this t-shirt, either individually, through *The Jersey Shore* television show on which he is a cast member, or via MTV, the cable network that airs this show.

I, Alyse R. Lancaster, declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth naught.

Executed on ___*August 16*___, 2012

Alyse R. Lancaster, Ph.D.

## Exhibit 1:  Results for 10 Common Google Search Terms

| Phrase searched | Number of results |
|---|---|
| The Situation and Abercrombie | 8,880,000 |
| The Situation and Abercrombie & Fitch | 3,660,000 |
| Mike the Situation and Abercrombie | 3,240,000 |
| Abercrombie & Fitch and the Situation | 2,470,000 |
| Abercrombie & Fitch asks Mike the Situation | 2,360,000 |
| Abercrombie & Fitch tells Mike the Situation | 2,330,000 |
| The Situation and Abercrombie and Fitch | 2,010,000 |
| Abercrombie & Fitch tells the Situation | 1,960,000 |
| Abercrombe & Fitch asks the Situation | 1,540,000 |
| Mike the Situation and Abercrombie & Fitch | 1,490,000 |
| **Duplicated Total** | **29,940,000** |

## Exhibit 2:  A Glossary of Social Media Terms

### Facebook

*Page*: A Facebook page allows a person, business, brand, or celebrity to connect with people on Facebook. Page administrators can post information and news feed updates to people who "like" their pages.

*Wall:* A Wall is the space on a Facebook user's profile where the user and friends can post and share.

*Newsfeed*: A news feed is the ongoing list of updates on a user's home page that shows a user what's new with the friends and pages the user follows.

 *Like:* Clicking "Like" is a way to give positive feedback and connect with things you care about.

*Comment*: Viewers of a Facebook post are allowed to comment on that post, and that comment then appears for all viewers of that post to see.

*Share* or *Recommend*: Facebook allows users to share information, including links to web pages, to anyone who has liked their page. In addition, most online news stories now allow a reader to click a Facebook icon, typically located at the top or bottom of the article, to share or recommend the article directly on their Facebook wall.

### Twitter

*Tweet:* A tweet is an individual post that a Twitter user writes on his/her Twitter page. A tweet is limited to 140 characters.

*Follower:* A Twitter follower is someone who chooses to follow another person's Twitter posts. The more followers a person or company has, the greater the number of people who will see their tweets.

*Twitter Feed:* A Twitter feed is the ongoing list of tweets that appear on a person's Twitter page from the people and pages that they follow.

## Exhibit 3:  Story Sharing and Comments on Top Web Sites*

| Website | Date Article Posted | Facebook | | Tweets | Other shares** | Comments |
|---|---|---|---|---|---|---|
| | | Likes | Shares/Recommendations | | | |
| Forbes | August 17, 2011 | | 4,049 | 124 | 43 | 22 |
| ABC News | August 17, 2011 | | 2,200 | 135 | 16 | 19 |
| CBS News | August 17, 2011 | 2,700 | | 441 | 15 | 38 |
| People Style Watch | August 17, 2011 | 7,300 | | | 13 | 125 |
| USA Today | August 17, 2011 | | 1,600 | 37 | | 35 |
| NY Magazine Fashion | August 17, 2011 | | 1,813 | | | 24 |
| Wall Street Journal | August 16, 2011 | 81,146 | | | | 424 |
| Yahoo! News | August 17, 2011 | 9,200 | | 128 | 13 | 1,537 |
| Time Newsfeed | August 17, 2011 | 557 | | 145 | 5 | |
| Huffington Post | August 17, 2011 | 3,180 | 944 | 49 | 89 | 175 |
| Hollywood Reporter | August 16, 2011 | 2,600 | | 504 | | 19 |
| Entertainment Weekly | August 17, 2011 | 350 | 350 | 12 | | 24 |
| CNN Money | August 17, 2011 | | 16,000 | 562 | | 92 |
| Fox News | August 17, 2011 | 3,000 | | 102 | 32 | |
| MSNBC | August 17, 2011 | | 3,362 | 66 | 298 | |
| TOTALS | | 110,033 | 30,318 | 2,305 | 524 | 2,534 |

*Facebook, Twitter, and other social media data obtained directly from counters embedded in the website article postings.

**Includes LinkedIn, Google +, StumbleUpon, Digg, and other social media outlets

## Exhibit 4: The Survey Instrument

**PLEASE LOOK AT THE FOLLOWING T-SHIRT:**



1. Have you ever seen this t-shirt before?

    ____ Yes

    ____ No

2. At what retail store would you expect to find this shirt? (Please write your response in the space provided below.)



3. Do you think this t-shirt is endorsed by anyone?

    ____ Yes

    ____ No

4. If yes, who do you think endorsed it? (Please write your response in the space provided below.)



**Thank you for your participation!**