# EXHIBIT B

**Survey Research Methodology:**

As part of my Expert Report, I conducted a survey in early June with participants between the ages of 18 and 29. Respondents were recruited as follows:

- 69 hard copies of the survey (as seen in Exhibit 4 of my Expert Report) were distributed to undergraduate students at the University of Miami in enrolled in various courses during the summer session. Copies of these surveys have been sent via FedEx to Richard Wolfe.

- 76 respondents were sent direct messages via Facebook. Screen shots of these invitations have been emailed to Richard Wolfe.

- I sent Facebook messages to 15 of my colleagues at universities across the US, asking them to please provide the survey link to their undergraduate students. A screen shot of this invitation has been emailed to Richard Wolfe.

- I sent an email to a colleague who taught a summer course at Florida International University, asking her to please give the survey link out to her students as well. A screen shot of this email has been emailed to Richard Wolfe.