UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-24110-CIV-O'SULLIVAN

[CONSENT]

MPS ENTERTAINMENT, LLC, a
New Jersey Limited Liability Company,
and MICHAEL P. SORRENTINO, an
individual,
    Plaintiffs,
v.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation, and
ABERCROMBIE & FITCH, CO., a Delaware
Corporation,
    Defendants.
                           /

## ORDER

THIS MATTER is before the Court on the Defendants' Motion and Memorandum of Law in Support of Their Motion to Strike Irrelevant Material and Unsupported Allegations from Plaintiff's Second Amended Complaint (DE# 71, 6/29/13) and the Defendants' Motion and Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim upon Which Relief Can Be Granted (DE# 72, 6/29/13). For the reasons stated on the record during the status conference, it is

ORDERED AND ADJUDGED that the Defendants' Motion and Memorandum of Law in Support of Their Motion to Strike Irrelevant Material and Unsupported Allegations from Plaintiff's Second Amended Complaint (DE# 71, 6/29/13) is DENIED without prejudice to renew after the Court rules on the pending motion for summary judgment.  It is further

ORDERED AND ADJUDGED that the Defendants' Motion and Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim upon Which Relief Can Be Granted (DE# 72, 6/29/13) is DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this **14th** day of February, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record