UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-24110-CIV-O'SULLIVAN
[CONSENT]

MPS ENTERTAINMENT, LLC, a
New Jersey Limited Liability Company,
and MICHAEL P. SORRENTINO, an
individual,

    Plaintiffs,

v.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation, and
ABERCROMBIE & FITCH, CO., a Delaware
Corporation,

    Defendants.
                                /

## ORDER

THIS MATTER is before the Court *sua sponte*. For the reasons stated on the record during the status conference on February 13, 2013, it is

ORDERED AND ADJUDGED that by **February 27, 2013,** the parties shall file a motion indicating which portions of the record they want to remain sealed. The motion shall include a memorandum of law and argument addressing the Eleventh Circuit's high burden for sealing documents in the court file. It is further

ORDERED AND ADJUDGED that if no motions are filed, the Court shall issue an order to unseal the documents in the court file on **February 28, 2013.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **15th** day of February, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record