UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cv-24110 - O'SULLIVAN
[CONSENT]

MPS Entertainment, LLC and
Michael P. Sorrentino

                Plaintiffs,

v.

Abercrombie & Fitch Stores, Inc.
and Abercrombie & Fitch, Co.

                Defendants.

_____/

**Defendants' Response To The Court's February 15, 2013 Order
Regarding Sealed Documents**

Defendants, Abercrombie & Fitch Stores, Inc. and Abercrombie & Fitch, Co., do not object to the unsealing of any or all of the materials that have been filed with the Court under seal in the case.

To the extent Defendants have filed documents under seal by reason that Plaintiffs and/or their witnesses have designated such material as "confidential," we leave it to Plaintiffs and/or their witnesses to establish that any such material should remain sealed. Defendants have notified the counsel of the one Plaintiffs' witness who is separately represented, and whose "confidential" deposition testimony has been filed by Defendants, of the Court's order and the deadline to show such material meets the Eleventh Circuit's standard for remaining sealed.

February 20, 2013

                                          Respectfully submitted,

                                          /s Gerald J. Houlihan
                                          Gerald J. Houlihan (Florida Bar No. 0458430)
                                          Email:  houlihan@houlihanlaw.com
                                          Houlihan & Partners, P.A.
                                          504 Aragon Avenue
                                          Miami, Florida 33134
                                          Telephone:     (305) 460-4091

Facsimile:	(305) 397-0955

John G. Froemming, Esq. (*pro hac vice*)
jfroemming@jonesday.com
Jessica D. Bradley, Esq. (*pro hac vice*)
jbradley@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:	202-879-4693
Facsimile:	202-626-1700

Attorneys for Abercrombie & Fitch Stores, Inc. and Abercrombie & Fitch Co.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s Gerald Houlihan
Gerald J. Houlihan

## SERVICE LIST

Richard Charles Wolfe, Esq.
Email: rwolfe@wolfelawmiami.com
Darren Adam Heitner, Esq.
Email: dheitner@wolfelawmiami.com
Wolfe Law Miami, P.A.
175 SW 7 Street, Penthouse 2410
Miami, FL 33131
Telephone: 305-384-7370
Facsimile: 305-384-7371

Attorneys for MPS Entertainment, LLC
and Michael P. Sorrentino

WAI-3110441v3