UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-24110-CIV-O'SULLIVAN
[CONSENT]

MPS ENTERTAINMENT, LLC, a
New Jersey Limited Liability Company,
and MICHAEL P. SORRENTINO, an
individual,
  Plaintiffs,
v.

ABERCROMBIE & FITCH STORES,
INC., an Ohio corporation, and
ABERCROMBIE & FITCH, CO., a Delaware
Corporation,
  Defendants.
            /

### FINAL JUDGMENT

THIS COURT, having granted Summary Judgment in favor of the defendants, Abercrombie & Fitch Stores, Inc., and Abercrombie & Fitch, Co., in the above-referenced matter [DE# 211, 6/28/13], it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  For the reasons expressed in this Court's separate order [DE# 211, 6/28/13] on the Defendants' Motion for Summary Judgment [DE# 93, 11/1/12], judgment is hereby entered in favor of the defendants, Abercrombie & Fitch Stores, Inc., and Abercrombie & Fitch, Co., and against the plaintiffs, MPS Entertainment, LLC, and Michael P. Sorrentino.

2.  The Clerk of the Court is directed to deny all pending motions as moot;

3.  The Clerk of the Court shall close this case.

DONE AND ORDERED in Chambers, in Miami, Florida, this 28th of June, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record